JUDGE McKENNA

07 CV 3773

LSK&D #: 862-6017 / 876970
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANGEL VASQUEZ,

                                  Plaintiff,        **Rule 7.1 Statement**

          -against-                   **Docket No.:**

UNITED PARCEL SERVICE, DANNY M.
CAMERON and CARLOS J. RIOS,                  MAY 1 4 2007

                               Defendants.
-----------------------------------------------------------------x

       Pursuant to F.R.C.P. 7.1, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for the defendants, UNITED PARCEL SERVICE and DANNY M. CAMERON, certify that, based upon information and belief, the following are parent or subsidiary corporations, and/or affiliates of said party that have issued shared of securities to the public: UNITED PARCEL SERVICE.

Dated:     New York, New York
            May 10, 2007

                                                       Yours, etc.

                                                       LESTER SCHWAB KATZ & DWYER, LLP

                                                       _____
                                                       Rosemarie P. Boyd (RB-7698)
                                                       Attorneys for Defendants
                                                       UNITED PARCEL SERVICE and DANNY
                                                       CAMERON
                                                       120 Broadway
                                                       New York, New York 10271
                                                       (212) 964-6611

TO:

Adam B. Sattler, Esq.
EBANKS & SATLLER, LLP
Attorneys for Plaintiff
20 Vesey Street, Suite 503
New York, New York 10007
(212) 766-4411

CARLOS J. RIOS
1125 Bryant Avenue, #114
Bronx, New York 10459