LSK&D #: 862-7009 / 880301

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ANGEL VASQUEZ,

                    Plaintiff,

-against-

UNITED PARCEL SERVICE, INC., DANNY M.
CAMERON and CARLOS J. RIOS,

                    Defendants.
-----------------------------------------------------------x

Docket No.: 07 CV 3773

STIPULATION
~~ADJOURNING MOTION~~

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in this action, that the case is remanded to the Supreme Court, Bronx County.

Dated:      New York, New York
              May 21, 2007

EBANKS & SATTLER, LLP

_[signature]_

Adam B. Sattler, Esq.
Attorneys for Plaintiff
20 Vesey Street, Suite 503
New York, New York 10007
(212) 766-4411

LESTER SCHWAB KATZ & DWYER, LLP

_[signature]_

Rosemarie P. Boyd, Esq.
120 Broadway, 38th Floor
New York, New York 10271
(212) 964-6611

So Ordered

_[signature]_

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07